| STATE OF TEXAS | § | IN THE |
| | § | |
| VS. | § | FOURTH COURT |
| | § | |
| ENRIQUE MATA | § | OF APPEALS |

## APPELLANT'S MOTION FOR *PRO SE* ACCESS TO THE APPELLATE RECORD

TO THE HONORABLE COURT OF APPEALS:

COMES NOW the Appellant in the above styled and numbered cause and files this Motion for *Pro Se* Access to the Appellate Record.

### I.

Appellant's appointed counsel has filed a motion to withdraw and brief in support of the motion, pursuant to *Anders v. California*, 386 U.S. 738 (1967).

### II.

The undersigned Appellant wishes to exercise his right to review the appellate record in preparing to file a *pro se* response to the *Anders* brief that court-appointed counsel has filed in this case. By filing this motion, the undersigned Appellant asks this Court to provide him with free, *pro se* access to the appellate record. See *Kelly v. State*, No. PD-0702-13, 2014 WL 2865901, at *3 (Tex. Crim. App. June 25, 2014)(designated for publication).

Pg. 1

### III.

The undersigned Appellant is presently incarcerated and lacks access to a computer. For that reason, he respectfully requests that a paper copy of the appellate record be provided to him.

### IV.

This motion is addressed to the Fourth Court of Appeals, Cadena-Reeves Justice Center, 300 Dolorosa St., Suite 3200, San Antonio, Texas 78205. This motion is delivered to the Fourth Court of Appeals by U.S. Mail, on this the 20th day of October 2015.

WHEREFORE, PREMISES CONSIDERED, the Appellant respectfully prays that the Court grant this Motion for *Pro Se* Access to the Appellate Record.

Respectfully submitted,

Enrique Mata
TDCJ# 2001462
Garza West Unit
4250 TX-202
Beeville, TX 78102

APPELLANT *PRO SE*

Pg. 2

## NO. 04-15-00345-CR

| ENRIQUE MATA, | § | COURT OF APPEALS |
|---|---|---|
| Appellant, | § | |
| | § | |
| v. | § | FOR THE FOURTH |
| | § | |
| THE STATE OF TEXAS, | § | |
| Appellee. | § | DISTRICT OF TEXAS |

---

## APPELLANT'S BRIEF

---

To the Honorable Justices of said Court of Appeals:

Enrique Mata, Appellant, files this his Brief from his revocation of his deferred adjudication probation and thirty year sentence on aggravated sexual assault of a child, in Cause No. 12-05-00028-CRL, The State of Texas v. Enrique Mata, in the 218th Judicial District Court of La Salle County, Texas, Judge Russell Wilson, Presiding over the plea and Judge Donna Reyes, Presiding over sentencing.



# I.
# STATEMENT OF THE CASE

Appellant was charged by indictment with Aggravated Sexual Assault of a Child. (CR 1.) On February 13, 2014 the Appellant was placed on Deferred Adjudication probation for a term of ten years, $2,500.00 fine and court costs. (CR 58-59) On February 13, 2014 the Appellant signed his terms and conditions of community supervision. (CR 60-66.) On April 8, 2014 a Motion to Enter Adjudication of Guilt and Revoke Community Supervision was filed by the State. (CR 107-108.) A First Amended Motion to Enter Adjudication of Guilt and Revoke Community Supervision was filed on August 25, 2014 and a Second Amended Motion to Enter Adjudication of Guilt and Revoke Community Supervision was filed on October 23, 2014. (CR 111-113, 117.) On February 12, 2015 the Appellant signed Admonitions and Waiver-Motion to Revoke, Plea Bargaining Agreement, Written Waiver and Consent to Stipulation of Testimony - Motion to Revoke Probation, Written Waiver of Time to File Motion for New Trial, Motion in Arrest of Judgment, and To Give Notice of Appeal to the Court of Appeal. (120-122, 123, 125-128, 130-131.) On February 12, 2015 a hearing was held where the Appellant entered a plea. (PR.)[1] On April 14, 2015 the Court held a

_(signature)_

[1] Counsel will refer to the Reporter's records as PR for the plea hearing that was held on February 12, 2015 and SR for the sentencing hearing that was held on April 14, 2015.

2

sentencing hearing. (SR.) A Judgment Adjudicating Guilt[2] was signed on April 14, 2015. (CR 138.) A Notice of Appeal was mailed on May 14, 2015. (CR 143.)

Enrique Mata

[2] A Motion Nunc Pro Tunc was filed by the State on May 15, 2015 to correct a clerical error in the original Judgment and an Order on that Motion was signed on May 11, 2015. (CR 139-140, 142.)

LEGAL MATERIAL

#2001462
Gayza West unit
4150 Huy 202
Beeville, Tx. 78102

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 OCT 23 AM 11: 24

Keith E. Hottle
KEITH E. HOTTLE, CLERK

7820550307S9

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
23 OCT 2015 PM 4 L

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa St., Suite 3200
San Antonio, Tx. 78205

FOREVER    USA